# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4862
_____

ELIZABETH CASASANTA,

Appellant,

v.

SAILSHARE 296 LLC, and
WILSON MINGER AGENCY, INC.,

Appellees.
_____

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

December 27, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and ROBERTS and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jonathan D. Simpson of Simpson Law Firm, Fort Walton Beach, for Appellant.

Richard S. Johnson, Niceville, for Appellee Sailshare 296 LLC.

Lucian B. Hodges and Richard A. Fillmore of Luther, Collier, Hodges & Cash, L.L.P., Pensacola, for Appellee Wilson Minger Agency, Inc.